Elmer DENHAM, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

October 25, 1946.

W. N. Flippin for movant.

Eldon S. Dummit, Attorney General, and H. K. Spear, Assistant Attorney General, opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.

E. P. LANDRUM, Assignee, Movant, v. Corsie WATKINS and Florence WATKINS, Opposed.

Court of Appeals of Kentucky

October 29, 1946.

A. H. Patton for movant.

Williams & Allen opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

AMERICAN LIFE & ACCIDENT INSURANCE COMPANY, Movant, v. Alma Louise RICE, Opposed.

Court of Appeals of Kentucky

November 8, 1946.

J. T. Sparks for movant.

Arthur T. Iler and Frank A. Logan opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.